MARY A. VAN ZANDT, as General Guardian of HARRY C. VAN ZANDT, Respondent, *v.* JOHN H. GRANT et al., Appellants.

Reported below, 56 App. Div. 176.
(Argued March 24, 1902; decided April 8, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 19, 1900, modifying and affirming

as modified a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

The motion was made upon the ground that the Court of Appeals has no jurisdiction to entertain the appeal, no questions of law being involved therein, and the decision of the Appellate Division having been unanimous.

*Melvin G. Palliser* for motion.

*Pierre C. Talman* opposed.

Motion denied, with ten dollars costs.